THE HONORABLE MARY ALICE THEILER

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNIVERSAL POLYGRAM INTERNATIONAL PUBLISHING, INC., JEWEL MUSIC PUBLISHING CO., INC., ST NICHOLAS MUSIC, INC., and CHAPPELL CO., INC., <br><br> Plaintiffs, <br><br> v. <br><br> ESP ENTERTAINMENT, L.L.C. and PETER H. SIKOV, <br><br> Defendants. | No. 2:19-cv-01742-MAT <br><br> [~~PROPOSED~~] ORDER FOR DISMISSAL OF CLAIMS AGAINST DEFENDANT PETER H. SIKOV |

The Court, having considered the stipulated dismissal between Universal Polygram International Publishing, Inc., Jewel Music Publishing Co., Inc., St. Nicholas Music, Inc., and Chappell Co., Inc., (collectively "Plaintiffs") and Defendants ESP Entertainment, L.L.C. and Peter H. Sikov to dismiss all claims and counterclaims between Plaintiffs and Defendant Peter H. Sikov, and being fully advised in the premises, now, therefore, it is

ORDERED that all claims by Plaintiffs against Defendant Peter H. Sikov be dismissed without prejudice and without costs to either party.

ORDER OF DISMISSAL AS TO DEFENDANT
PETER H. SIKOV (NO. 2:19-CV-01742-MAT) – 1

LEGAL151485027.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

DATED this 8th day of March, 2021.

_____
Mary Alice Theiler
United States Magistrate Judge

Respectfully submitted,

By: s/ Harry H. Schneider, Jr.
By: s/ Heath L. Hyatt
Harry H. Schneider, Jr. WSBA No. 9404
Heath L. Hyatt WSBA No. 54141
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
Email: HSchneider@perkinscoie.com
HHyatt@perkinscoie.com

By: s/ Thomas T. Osinski, Jr.
Thomas T. Osinski, Jr. WSBA No. 34154
**Osinski Law Offices, PLLC**
535 Dock St., Suite 108
Tacoma, WA 98402
253.383.4433 *Tel*
253.572.2223 *Fax*
tto@osinskilaw.com

ORDER OF DISMISSAL AS TO DEFENDANT
PETER H. SIKOV (NO. 2:19-CV-01742-MAT) – 2

LEGAL151485027.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000